IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20768
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS JONES,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 96-CR-25-1
- - - - - - - - - - -
May 26, 1997

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Thomas Jones appeals from his sentence following his guilty-plea conviction for possession with intent to distribute cocaine base. He argues that the district court erred by increasing his offense level by two pursuant to U.S.S.G. § 3C1.1 for obstruction of justice. We have reviewed the record and find no reversible error. Based upon the testimony at the sentencing hearing, the district court did not err by increasing Jones' offense level for obstruction of justice. See United States v. Cabral-Castillo, 35

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

F.3d 182, 186 (5th Cir. 1994).  Accordingly, the judgment of the district court is AFFIRMED.